UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA and the
STATE OF NEW YORK *ex rel*.
MARIANNE T. O'TOOLE, as Trustee of
the Bankruptcy Estate of ROBERT
DOUGLAS

      PLAINTIFFS/ RELATOR,

v.

COMMUNITY LIVING
CORPORATION, CHRISTINE STILE,
JOHN PORCELLA, CREATIVE
ESCAPES, LLC, DELORES LULGJURAY,
individually, JACK MUNGOVAN a/k/a
JOHN MUNGOVAN, individually, and
DOUGLAS JURCZAK, individually,

      DEFENDANTS.

Case: 1:17-cv-04007-KPF



**NOTICE OF MOTION & REQUEST FOR ORAL ARGUMENT**

**PLEASE TAKE NOTICE**, that Defendants, Community Living Corporation, Christine Stile and John Porcella through their undersigned counsel, will move this court before the Honorable Katherine Polk Failla, United States District Judge for the Southern District of New York, at the United States Courthouse for the Southern District located at 40 Foley Square, New York, NY 10007, on a date to be set by the Court, for an Order dismissing Plaintiff's Second Amended Complaint.

In support of the motion, Defendants shall rely on the Memorandum of Law submitted herewith.

**Defendants respectfully request oral argument.**

Dated: New York, New York
February 7, 2020

Respectfully Submitted,

GORDON REES SCULLY
MANSUKHANI, LLP


By: *Claudia A. Costa*
Claudia A. Costa, Esq.
Attorneys for Defendants
*Community Living Corporation,
Christine Stiles & John Porcella*
1 Battery Park Plaza,
28th Floor
New York, New York 10004


TO: All counsel of record via email and regular mail

```
The Court is in receipt of Defendants motion to dismiss and request for
oral argument.  If the Court determines that oral argument would be
useful, it will promptly reach out to the parties.

Dated:     February 7, 2020          SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE