UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA and the STATE OF NEW YORK *ex rel.* MARIANNE T. O'TOOLE, *as Trustee of the Bankruptcy Estate of Robert Douglas*,

                Plaintiffs,

-v.-

COMMUNITY LIVING CORPORATION; CREATIVE ESCAPES, LLC; DELORES LULGJURAY; JACK MUNGOVAN; DOUGLAS JURCZAK; CHRISTINE STILE; and JOHN PORCELLA,

                Defendants.

17 Civ. 4007 (KPF)

ORDER OF DISCONTINUANCE

KATHERINE POLK FAILLA, District Judge:

On June 7, 2021, the Court learned that the parties have reached an agreement on all issues in this case. Accordingly, it is hereby:

ORDERED that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order. Otherwise, within such time Plaintiffs may apply by letter for restoration of the action to the active calendar of this Court in the event that the settlement is not consummated. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date

within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event that Plaintiffs have not requested restoration of the case to the active calendar within such 30-day period.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated: June 8, 2021
         New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge